# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**RICHARD CHAVEZ,**

    Plaintiff,

                                                                         **Case No. 20-CV-1039**

v.

**ANDREW M. SAUL,**
**Commissioner for Social Security,**

    Defendant.

---

## ORDER

---

    This matter is before the Court on the parties' Joint Stipulation and Motion to Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), and the Court being duly advised, now grants the motion.

    It is hereby **ORDERED** that this case be remanded to the agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand the matter to an administrative law judge with instructions to: reevaluate the record; offer Plaintiff a new hearing; proceed through the sequential evaluation process as needed to reach a decision; if the case proceeds past step three of the sequential evaluation process, reevaluate Plaintiff's residual functional capacity; if warranted, obtain additional vocational testimony; and issue a de novo decision.

    Dated at Milwaukee, Wisconsin this 29th day of April, 2021.

_____
NANCY JOSEPH
United States Magistrate Judge